# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BROOKLYN S.-M., *by and through her parent,* GABRIELLE M., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION |
| | : No. 21-5164 |
| UPPER DARBY SCHOOL DISTRICT, | : |
| Defendant. | : |

## ORDER

**AND NOW,** this 3rd day of March, 2023 it is **ORDERED** that Plaintiffs' Motion for Judgment on the Administrative Record (ECF No. 16) is **DENIED**.

s/ANITA B. BRODY, J.

ANITA B. BRODY, J.

1