IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BROOKLYN S.-M., *through her parent,* GABRIELLE M., | : : : | |
| Plaintiffs, | : : | CIVIL ACTION No. 21-5164 |
| v. | : : | |
| UPPER DARBY SCHOOL DISTRICT, | : : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this 6th day of May, 2025, for the reasons set forth in the accompanying Memorandum Opinion, it is **ORDERED** that Plaintiffs' Motion for Judgment on the Administrative Record (ECF No. 16) is **DENIED**.  Judgment is **ENTERED** in favor of Defendant, Upper Darby School District.

The Clerk of Court is to mark this case closed.

                                            s/ANITA B. BRODY, J.
                                            ANITA B. BRODY, J.